

**Madison County Circuit Court**

# CIVIL SUMMONS

**Docket Number** C-12-323
Division III

---

## DARLENE HASLER VS. K-MART CORPORATION AND AMERICAN GREETINGS CORPORATION

SERVE ON:

**AMERICAN GREETINGS CORPORATION**

**Through Registered Agent:**

**Corporation Service Company**
**2908 Poston Ave.**
**Nashville, TN 37203**

You are hereby summoned to defend a civil action filed against you in Circuit Court of Madison County, Tennessee. Your defense must be made within thirty (30) days from the date this Summons is served upon you. You are directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the Complaint.

Date: 12/20/12

Clerk / Deputy Clerk

Attorney for Plaintiff: James S. Haywood, Jr.
P.O. Box 438 - Brownsville, TN 38012

---

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to   Madison County Circuit Court Clerk - 515 S. Liberty - Jackson, TN 38301

---

### CERTIFICATION (IF APPLICABLE)

I, KATHY BLOUNT, Circuit Court Clerk of Madison County, Tennessee, do certify this to be a true and correct copy of the original Summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

---

### OFFICER'S RETURN:

Please execute this Summons and make your return within thirty (30) days of issuance as provided by law.
I certify that I have served this Summons together with the Complaint as follows:

Date: _____

By: _____
Officer/Title

---

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by Registered Return Receipt Mail or Certified Return Receipt Mail, a certified copy of the Summons and a copy of the Amended Complaint in the above styled case, to the Defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original Summons to be filed with the Court Clerk.

Date: _____

IF YOU HAVE A DISABILITY AND REQUIRE ASSISTANCE, PLEASE CALL
**731-988-3070**

Notary Public / Deputy Clerk (Comm. Expires _____)

_____
Plaintiff's Attorney (or Person Authorized to Serve Process)
**(Attach return receipt on back)**

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator at ( )*

**EXHIBIT**
**A**

Copy For Service on Defendant -
AMERICAN GREETINGS CORPORATION

IN THE CIRCUIT COURT FOR THE TWENTY-SIXTH JUDICIAL DISTRICT
OF MADISON COUNTY, TENNESSEE
AT JACKSON

**FILED**
DEC 20 2012
KATHY BLOUNT, CIRCUIT COURT CLERK
DEPUTY CLERK

DARLENE HASLER,
    Plaintiff,

VS.      1/7/13~Clerk
        ~No Returns.

K-MART CORPORATION AND
AMERICAN GREETINGS CORPORATION,
    Defendants.

DOCKET NO. C-12-323

DIVISION III Judge Pride

**JURY DEMANDED**

## COMPLAINT

    COMES NOW the Plaintiff, DARLENE HASLER, by and through her attorney, James S. Haywood, Jr., and would respectfully show and state unto this Honorable Court as follows:

1.  That at the time of the incident complained of herein, the acts and actions complained of occurred in Madison County, Tennessee, and this Court has both venue and jurisdiction over this cause.

2.  That the Defendant, K-MART CORPORATION, is a foreign corporation doing business in Jackson, Madison County, Tennessee.

3.  That the Defendant, AMERICAN GREETINGS CORPORATION, is a foreign corporation doing business in Jackson, Madison County, Tennessee.

4.  That the Defendant, K-MART CORPORATION, has a retail outlet store located at 732 Old Hickory Blvd., Jackson, Madison County, Tennessee.

5.  That the Defendant, K-MART CORPORATION, offers general merchandise to the general public and that said store permitted and/or allowed the Defendant, AMERICAN GREETINGS CORPORATION, to place certain of their products in the above-noted

1

store, specifically an "end cap" of greeting cards at the end of one of the aisles in the store.

6. That the Defendant, K-MART CORPORATION, was open for business, with a general invitation to the general public to shop and/or make purchases from their inventory of goods.

7. That on December 21, 2011, the Plaintiff, DARLENE HASLER, was an invited guest of the Defendant, K-MART CORPORATION, in the business location at the above-referenced address.

8. That at the above-noted time and location, the Plaintiff, DARLENE HASLER, entered the store and proceeded through the aisles of the store to shop.

9. That as the Plaintiff, DARLENE HASLER, approached the end of an aisle, an "end cap" of a greeting card display fell and struck the Plaintiff on the right side of her head, her right shoulder and her upper back.

10. That said greeting card display on the "end cap" had been placed there by an agent and/or employee of the Defendant, AMERICAN GREETINGS CORPORATION.

11. That the Plaintiff, DARLENE HASLER, immediately experienced pain in her head, right shoulder and upper back and shortly following the incident complained of herein, she presented to the Emergency Room at Haywood Park Community Hospital, where it was determined that her condition represented a certified medical emergency and it was observed that she had a contusion and her scalp and right shoulder.

12. That on the Customer/Vendor Accident Reporting Template completed by, Charles Gray, a store associate of the Defendant, K-MART CORPORATION, on the date of the incident complained of herein, it was noted that "side panel of end cap in greeting cards

2

fell and struck customer on right shoulder and right side of her head (back)" and that
upon inspection of the area it was found that there was a "broken side panel on end cap".

13. That Plaintiff avers that it became the duty of the Defendants, jointly and severally,
through their agents, servants and/or employees to maintain their displays in a safe and
proper condition for the ingress or egress of persons lawfully making visit to said store
and that the Defendants, through their agents, servants and/or employees knew, or by
exercise of reasonable care, should have known that there was a problem with the proper
securing, construction and/or parts of the "end cap" display, thereby causing it to fall and
injure the Plaintiff.

14. That Plaintiff further avers that at the time of the incident complained of herein, the
Defendants, jointly and severally, through their agents, servants and/or employees
disregarded their duty in not properly constructing, securing and/or maintaining the "end
cap" display of greeting cards in a safe and proper condition for their customers and,
therefore, were by reason of such failure guilty of gross negligence which is the result of
the Plaintiff's injury.

15. That as a direct and proximate result of the negligence of the Defendants as herein set
out, the Plaintiff, DARLENE HASLER, has been forced to seek medical attention from
competent physicians and medical facilities, for said injuries to her head, right shoulder
and upper back.

16. That the injuries to Plaintiff's head, right shoulder and upper back continues her cause
her difficulty, resulting in occipital headaches and seizures, as well as continued
intermittent pain in her right shoulder and upper back, and she will continue to suffer pain
from same in the future.

3

17. That the Plaintiff further avers that as a direct and proximate result of the injuries she suffered as a result of the negligence of the Defendants, jointly and severally, she has incurred medical, hospital and physicians bills in the amount of $ 6,584.72 (attached hereto as Exhibit "A").

18. That the Plaintiff further avers that as a direct and proximate result of the injuries she suffered as a result of the negligence of the Defendants, she will continue to incur medical bills in the future for her permanent and disabling injury complained of herein.

19. That the sole and proximate cause of Plaintiff's injuries was the negligence of the Defendants, jointly and/or severally, by and through their agents, servants and/or employees as herein set out.

WHEREFORE, PREMISES CONSIDEDRED, the Plaintiff, DARLENE HASLER, prays as follows:

1. That proper process issue upon the Defendants, K-MART CORPORATION and AMERICAN GREETINGS CORPORATION, requiring them to answer this Complaint in a timely manner.

2. That the Plaintiff receive judgment against the Defendants in the amount of One Hundred Twenty-Five Thousand and No/100 Dollars ($125,000.00) for actual, compensatory and incidental damages for the acts and/or omissions of the Defendants as a result of the injuries to the Plaintiff as complained of herein.

3. That the Plaintiff receive judgment against the Defendants for an additional Fifty Thousand Dollars and No/100 Dollars ($50,000.00) for "punitive damages" for the Defendants' willful, wanton and total disregard for the safety of others which amounted to gross negligence and misconduct.

4

4. That the Defendants be required to pay the costs of this cause.

5. For such other, further and general relief to which the Plaintiff may be entitled, both in

equity and law.

**PLAINTIFF DEMANDS A JURY FOR THE TRIAL OF THIS MATTER.**

DATED this ___19___ day of December, 2012.

Respectfully submitted,

_____
JAMES S. HAYWOOD, JR.          BPR # 009482
Attorney for Plaintiff
P.O. Box 438
50 Boyd Avenue
Brownsville, TN  38012
(731) 772-9127


_____
DARLENE HASLER, Plaintiff


STATE OF TENNESSEE      }
COUNTY OF HAYWOOD   }

On this ___19___ day of December, 2012, before me personally appeared DARLENE

HASLER, to me known to be the person described in and who executed the foregoing

Complaint, and acknowledged that she executed the same as her free act and deed.


_____
NOTARY PUBLIC

My Commission Expires: __11/18/2013__



5

## COST BOND

I, JAMES S. HAYWOOD, JR., am surety in this cause not to exceed $1,000.00.

JAMES S. HAYWOOD, JR.

EXHIBIT "A"

**Medical Payment Summary**

Claimant: HASLER, DARLENE
Date of Incident: 12/21/2011
Last Update: 10/11/2012
ISS File Number: 17411S21
Analyst: Ann Kessler

Please send all payments to:

Ingenix Subrogation Services
75 Remittance Drive
Suite 6019
Chicago , IL  60675-6019

**INGENIX**

Total Billed: $5,229.94
Total Paid: $1,063.30
created on: 11/15/2012

Tax ID # 41-1808468

| First Date of Service | Date of Incident | Claim Number | Provider | Amount Billed | Amount Paid | Paid Date | Capitated? | Diagnosis Codes | Diagnosis Desc. |
|---|---|---|---|---|---|---|---|---|---|
| 12/21/2011 | | 1LD00070353 | HAYWOOD PARK COMMUNITY HOSPIT | $3,507.62 | $916.17 | 01/10/2012 | No | 920,923.00,923.81,V45.00 | CONTUS FACE SCLP,NECK EXCEPT EYE |
| 12/21/2011 | | 1LD00196000 | INDEPENDENT RADIOLOGY ASOS | $256.00 | $27.49 | 01/12/2012 | No | 959.01,784.0 | HEAD INJURY, UNSPECIFIED |
| 12/21/2011 | | MAG7291WH00 | ELITE EMERGENCY SERVICES | $413.00 | $106.16 | 01/03/2012 | No | 959.01,920,923.00 | HEAD INJURY, UNSPECIFIED |
| 12/27/2011 | | HLD123367000 | HAYWOOD PARK COMMUNITY HOSPIT | $924.32 | $199.51 | 01/26/2012 | No | 719.41,723.1,724 | PAIN IN JOINT, SHOULDER REGION |
| 12/20/2011 | | 1LD067HK300 | INDEPENDENT RADIOLOGY ASOS | $60.00 | $9.72 | 01/26/2012 | No | 959.01,723.1 | INJURY FACE&NECK |
| | | | | | | | | | OTHER,UNSPECIFIED |
| 12/21/2011 | | 1LD0074K000 | INDEPENDENT RADIOLOGY ASOS | $63.00 | $9.88 | 01/26/2012 | No | 959.9 | INJURY OTHER/UNSPECIFIED NOSPTHNGH |
| 12/20/2011 | | MOR7252H00 | CLARE R DOKWEKU MD | $575.00 | $44.00 | 01/03/2012 | No | 959.59,959.2 | INJURY FACE&NECK |
| | | | | | | | | | OTHER,UNSPECIFIED |
| | | | **Summary** | **$5,229.94** | **$1,063.30** | | | | |

09/27/2012  16:15  DOWLING CLINIC  (FAX)/31 772 2664  P.004/004

## CLAREY R. DOWLING, MD, P.C.
### 2569 NORTH WASHINGTON AVENUE
### BROWNSVILLE, TN 38012-1610
### (731)772-4411

Page: 1                                                                    9/27/2012

| Patient: | DARLENE HASLER | Instructions: |
|---|---|---|
| | 3743 HWY 70 W | Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier. |
| | BROWNSVILLE, TN 38012 | |
| Chart #: | HASDA000 | |
| Case #: | 47763 | |

| Date | Description | Procedure | Modify | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 12/27/2011 | E & M LEVEL 3 | 99213 | AQ | 959.09 | 959.2 | | | 1 | 75.00 |
| 12/28/2011 | COMMENT | COMMENT | | | | | | 1 | 0.00 |

*head + neck injury*

| Provider Information | | | Total Charges: | $ 75.00 |
|---|---|---|---|---|
| Provider Name: | CLAREY R. DOWLING MD | | Total Payments: | $ 0.00 |
| License: | 12699 | | Total Adjustments: | $ 0.00 |
| Commercial PIN: | | | Total Due This Visit: | $ 75.00 |
| SSN or EIN: | 621124532 | | Total Account Balance: | $ 256.83 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____          Date: _____

# CLAREY R. DOWLING, MD, P.C.
## 2569 NORTH WASHINGTON AVENUE
### BROWNSVILLE, TN 38012-1610
### (731)772-4411

Page: 1                                                                              9/27/2012

| Patient: | DARLENE HASLER | Instructions: |
|---|---|---|
| | 3743 HWY 70 W | Complete the patient information portion of your insurance |
| | BROWNSVILLE, TN 38012 | claim form. Attach this bill, signed and dated, and all other |
| | | bills pertaining to the claim. If you have a deductible policy, |
| Chart #: | HASDA000 | hold your claim forms until you have met your deductible. |
| Case #: | 56235 | Mail directly to your insurance carrier. |

| Date | Description | Procedure | Modify | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 7/16/2012 | E & M LEVEL 4 | 99214 | AQ | 719.41 | 726.90 | 174.9 | | 1 | 130.00 |
| 7/16/2012 | XRAY SHOULDER 2views | 73030 | | 719.41 | | | | 1 | 48.00 |
| 7/16/2012 | DEPOMEDROL | J1030 | | | 726.90 | | | 1 | 15.00 |
| 7/16/2012 | CBC | 85025 | | | | 174.9 | | 1 | 25.00 |
| 7/16/2012 | CHEST X RAY -PROF & TECH | 71020 | TC | | | 174.9 | | 1 | 60.00 |
| 7/18/2012 | COMMENT | COMMENT | | | | | | 1 | 0.00 |
| 7/20/2012 | Co Insurance Amount | COINS | | | | | | 1 | 0.00 |
| 7/20/2012 | Co Insurance Amount | COINS | | | | | | 1 | 0.00 |

*Shoulder pain*

| Provider Information | | Total Charges: | $ 278.00 |
|---|---|---|---|
| Provider Name: | CLAREY R. DOWLING MD | Total Payments: | $ 0.00 |
| License: | 12699 | Total Adjustments: | $ 0.00 |
| Commercial PIN: | | Total Due This Visit: | $ 278.00 |
| SSN or EIN: | 621124532 | Total Account Balance: | $ 256.83 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described
above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____          Date: _____

```
                                        HAYWOOD PARK COMM HOSP
                                        2545 N WASHINGTON AVE
                                        BROWNSVILLE        TN
                                        38012-1610
                                        731-772-4110

PATIENT NAME              ACCOUNT NO.        ADMIT DATE  DIS. DATE              PAGE
HASLER DARLENE            5112165            12/21/11    12/21/11                 1


87640  GUARANTOR NAME/ADDR.        F/C    INS. CO/PLANS                POLICY #
HASLER DARLENE                      W     MEDICARE HMO OT      JD5037770
3743 US HIGHWAY 70 W                      MEDICAID TENNES      336609770
BROWNSVILLE TN  38012-6955

                                             AGE                     DR. NAME
                                              51                 SINOJIA GIRISH

CHRG CODE     DESCRIPTION          QTY  UNIT PRICE    AMOUNT      CPT CODE
-----------------------------------------------------------------------------
1/12/12  0000000  PAYMENT                                670.67CR
1/12/12  0000001  ADJUSTMENT                             175.08CR
1/16/12  0000001  ADJUSTMENT                            2611.87CR
2/15/12  0000001  ADJUSTMENT                              50.00CR
2/15/12  0000000  PAYMENT                                     .00
12/21/11 1631517  CT-HEAD WITHOUT    1   3202.42       3202.42    70450
12/21/11 1913223  INTERMEDIATE ED VIST 1  305.20        305.20    92283  25


                  **  SUMMARY OF CHARGES  **
                  **  TOTAL CHARGES       **       3507.62
                  **  TOTAL PAYMENTS      **        670.67CR
                  **  TOTAL ADJUSTMENTS   **       2836.95CR
                  **  TOTAL AMOUNT DUE    **            .00
```

```
                                    HAYWOOD PARK COMM HOSP
                                    2545 N WASHINGTON AVE
                                    BROWNSVILLE        TN
                                    38012-1610
                                    731-772-4110

         PATIENT NAME               ACCOUNT NO.      ADMIT DATE   DIS. DATE              PAGE
    HASLER DARLENE                  5112290          12/27/11     12/27/11                 1

    87640  GUARANTOR NAME/ADDR.     F/C     INS. CO/PLANS                POLICY #
    HASLER DARLENE                   N      MEDICARE HMO OT         JD5037770
    3743 US HIGHWAY  70 W                   MEDICAID TENNES         336609770
    BROWNSVILLE TN  38012-6955

                                                    AGE                     DR. NAME
                                                     51               DOWLING CLAREY RE

         CHRG CODE     DESCRIPTION    QTY  UNIT PRICE     AMOUNT              CPT CODE
    -----------------------------------------------------------------------------------
    1/12/12 0000000 PAYMENT                                 .00
    2/14/12 0000000 PAYMENT                             198.51CR
    2/14/12 0000001 ADJUSTMENT                          725.81CR
    12/27/11 1612143 SP-CERVICAL SPIN 4V+   1   585.33  585.33           72050
    12/27/11 1612167 UE-SHOULDER 2V+        1   338.99  338.99           73030 RT

                 ** SUMMARY OF CHARGES **
                 ** TOTAL CHARGES        **      924.32
                 ** TOTAL PAYMENTS       **      198.51CR
                 ** TOTAL ADJUSTMENTS    **      725.81CR
                 ** TOTAL AMOUNT DUE     **         .00
```



# Walmart ⟨ ⟩
### Save money. Live better.

```
         (731) 77  9551
     Manager K VIN CAMPBELL
         1100 S  UPREE AVE
        BROWNSVILLE TN 38012
ST# 0064 OP# 00001909 TE# 79 TR# 08189
RX# 7158814     D38 QTY 1H        1.10 O
              - UHC
RX# 7158813     D38 QTY  H        1.10 O
              - UHC
              SUBTOTAL            2.20
              TOTAL              2.20
          CASH  TEND             3.00
          CHANGE DUE             0.80
```

# # ITEMS SOLD 2

```
TC# 2779 8568 7632 6716 9767
```

Low prices. Every day. On everything.
Backed by our Ad Match Guarantee.
    01/20/12      16:30:26







DOWLING PHARMACY  731-772-2389          For: DARLENE HASLER
2571 N. Washington Avenue
Brownsville, TN 38012

Rx#C631911                              ROUTE 2 BOX 9
12/27/11                                STANTON, TN 38069
                                        779-0852

HYDROCODONE-APAP 5-500 TAB
#30   NDC: 53746-111-05                  Price:        $1.10
Dr. DOWLING, CLAREY
AAM  Auth: NDC Ref: 1136142870350U

DOWLING PHARMACY
731-772-2389

          THANK YOU FOR YOUR BUSINESS
          HAVE A NICE DAY!!!!!!!!!!

Printed:  12/18/2012 02:15 PM
User: LNALLY

# JACKSON MADISON COUNTY HOSP

## DETAILED PATIENT VISIT INVOICE

WEST TENNESSEE NEUROSCIENCES
700 W. FOREST, SUITE 200

JACKSON, TN 38301-3904
(800)233-2108

| | | | |
|---|---|---|---|
| Encounter #: | 5151224 | Encounter Date: | 01/20/2012 |
| Billing Provider: | 90 | DR. THOMAS HEAD MD | Federal Tax ID: 272980962 |
| Location: | | WTN MAIN | |
| Guarantor #: | 181430 | DARLENE HASLER | |
| | | 3743 HWY 70 W | |
| | | BROWNSVILLE, TN 38012 | |
| Patient #: | 167234 | DARLENE HASLER | |
| | | 3743 HWY 70 W | |
| | | BROWNSVILLE, TN 38012 | |

Patient's Employer at time of Visit:

## Diagnosis Summary

| Rank | Diagnosis Code | Description |
|---|---|---|
| 1 | 345.90 | EPILEPSY UNSPECIFIED WITHOUT INTRACTABLE EPILEPSY |
| 2 | 784.0 | HEADACHE |

## Transaction Detail

| Responsible | Rev? | Date | Code | Description | Examining Provider | Diag | Qty | Fee | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SECURE PLUS COMPLETE _ AMERI | N | 01/20/2012 | 99214 | OFFICE/OUTPATIENT VISIT, EST | 90-HEAD, THOMAS | 1,2 | 1 | $181.00 | $181.00 |
| | N | 02/22/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | N | 02/22/2012 | PAYTCR | TENNCARE PAYMENT | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | N | 02/22/2012 | DSTCR | TENNCARE DISALLOW | 90-HEAD, THOMAS | 1,2 | 1 | | -$83.54 |
| | N | 02/22/2012 | RESP | 1_DEDUCTIBLE AMOUNT | 90-HEAD, THOMAS | 1,2 | 1 | | -$97.46 |
| | N | 11/01/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| MEDICAID TN | N | 02/22/2012 | RESP | 1_DEDUCTIBLE AMOUNT | 90-HEAD, THOMAS | 1,2 | 1 | | $97.46 |
| | N | 02/23/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | N | 05/02/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | N | 05/29/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | N | 06/08/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | N | 10/31/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | N | 11/14/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | N | 12/03/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | | | | | | | Procedure Balance: | | $97.46 |

## Balances for Visit

| Guarantor | Insurance | Worker's Comp | Other | Collections | Total |
|---|---|---|---|---|---|
| 0.00 | 97.46 | 0.00 | 0.00 | 0.00 | 97.46 |

## Balances for Guarantor

| Guarantor | Insurance | Worker's Comp | Other | Collections | Total |
|---|---|---|---|---|---|
| $19.49 | $244.76 | $0.00 | $0.00 | $0.00 | 264.25 |

CPT only ©2000 American Medical Association. All Rights reserved.
patientvisitinvoice.rpt Ver 8.0.2  Portrait

Page 1 of 1

12/18/2012   02:28 pm   From:        731-660-1127   To:        18662523316 Page:  3
12/18/2012   14:45  PHYSICIANS BILLING                            (FAX)18662523316        P.003/007

Printed:  12/18/2012 02:15 PM
User: LNALLY

# JACKSON MADISON COUNTY HOSP
## DETAILED PATIENT VISIT INVOICE
WEST TENNESSEE NEUROSCIENCES
700 W. FOREST, SUITE 200

JACKSON, TN 38301-3904
(800)233-2108

| | | | | |
|---|---|---|---|---|
| Encounter #: | 5181380 | | Encounter Date: | 02/28/2012 |
| Billing Provider: | 90' | DR. THOMAS HEAD MD | Federal Tax ID: | 272980962 |
| Location: | | WTN MAIN | | |
| Guarantor #: | 181430 | DARLENE HASLER | | |
| | | 3743 HWY 70 W | | |
| | | BROWNSVILLE, TN 38012 | | |
| Patient #: | 167234 | DARLENE HASLER | | |
| | | 3743 HWY 70 W | | |
| | | BROWNSVILLE, TN 38012 | | |

Patient's Employer at time of Visit:

## Diagnosis Summary

| Rank | Diagnosis Code | Description |
|---|---|---|
| 1 | 345.90 | EPILEPSY UNSPECIFIED WITHOUT INTRACTABLE EPILEPSY |
| 2 | 784.0 | HEADACHE |
| 3 | 305.1 | NONDEPENDENT TOBACCO USE DISORDER |

## Transaction Detail

| Responsible | Rev? | Date | Code. | Description | Examining Provider | Diag | Qty | Fee | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SECURE PLUS COMPLETE _ AMERI- | N | 02/28/2012 | 99213 | OFFICE/OUTPATIENT VISIT, EST | 90-HEAD, THOMAS | 1,2 | 1 | $121.00 | $121.00 |
| | N | 04/16/2012 | PAYDNL | ZERO DOLLAR PAYMENT | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | N | 04/16/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | N | 04/16/2012 | PAYTCR | TENNCARE PAYMENT | 90-HEAD, THOMAS | 1,2 | 1 | | -$52.60 |
| | N | 04/16/2012 | DSTCR | TENNCARE DISALLOW | 90-HEAD, THOMAS | 1,2 | 1 | | -$55.25 |
| | N | 04/16/2012 | RESP | 2_COINSURANCE AMOUNT | 90-HEAD, THOMAS | 1,2 | 1 | | -$13.15 |
| MEDICAID TN | N | 04/16/2012 | RESP | 2_COINSURANCE AMOUNT | 90-HEAD, THOMAS | 1,2 | 1 | | $13.15 |
| | N | 04/19/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | N | 08/08/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | N | 08/21/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2 | 1 | | $0.00 |
| | | | | | | | Procedure Balance: | | $13.15 |
| SECURE PLUS COMPLETE _ AMERI | N | 02/28/2012 | 99406 | BEHAV CHNG SMOKING 3-10 MII | 90-HEAD, THOMAS | 3 | 1 | $34.00 | $34.00 |
| | N | 04/16/2012 | PAYDNL | ZERO DOLLAR PAYMENT | 90-HEAD, THOMAS | 3 | 1 | | $0.00 |
| | N | 04/16/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 3 | 1 | | $0.00 |
| | N | 04/16/2012 | PAYTCR | TENNCARE PAYMENT | 90-HEAD, THOMAS | 3 | 1 | | -$12.93 |
| | N | 04/16/2012 | DSTCR | TENNCARE DISALLOW | 90-HEAD, THOMAS | 3 | 1 | | -$21.07 |
| | | | | | | | Procedure Balance: | | $0.00 |

## Balances for Visit

| Guarantor | Insurance | Worker's Comp | Other | Collections | Total |
|---|---|---|---|---|---|
| 0.00 | 13.15 | 0.00 | 0.00 | 0.00 | 13.15 |

## Balances for Guarantor

| Guarantor | Insurance | Worker's Comp | Other | Collections | Total |
|---|---|---|---|---|---|
| $19.49 | $244.76 | $0.00 | $0.00 | $0.00 | 264.25 |

CPT only ©2000 American Medical Association. All Rights reserved.
patientvisitinvoice.rpt Ver 8.0.2  Portrait

12/18/2012   02:29 pm   From:        731-660-1127  To:         18662523316 Page:   4
12/18/2012   14:46  PHYSICIANS BILLING                      (FAX)18662523316        P.004/007

Printed:   12/18/2012 02:15 PM
User: LNALLY

# JACKSON MADISON COUNTY HOSP
## DETAILED PATIENT VISIT INVOICE
WEST TENNESSEE NEUROSCIENCES
700 W. FOREST, SUITE 200

JACKSON, TN 38301-3904
(800)233-2108

| | | | |
|---|---|---|---|
| Encounter #: | 5347622 | Encounter Date: | 09/19/2012 |
| Billing Provider: | 90 | Federal Tax ID: | 272980962 |
| Location: | | DR. THOMAS HEAD MD | |
| | | WTN MAIN | |
| Guarantor #: | 181430 | DARLENE HASLER | |
| | | 3743 HWY 70 W | |
| | | BROWNSVILLE, TN 38012 | |
| Patient #: | 167234 | DARLENE HASLER | |
| | | 3743 HWY 70 W | |
| | | BROWNSVILLE, TN 38012 | |

Patient's Employer at time of Visit:

## Diagnosis Summary

| Rank | Diagnosis Code | Description |
|---|---|---|
| 1 | 345.90 | EPILEPSY UNSPECIFIED WITHOUT INTRACTABLE EPILEPSY |
| 2 | 784.0 | HEADACHE |
| 3 | 782.0 | DISTURBANCE OF SKIN SENSATION |

## Transaction Detail

| Responsible | | Rev? Date | Code | Description | Examining Provider | Diag | Qty | Fee | Amount |
|---|---|---|---|---|---|---|---|---|---|
| CAHABA MEDICARE PART B | N | 09/19/2012 | 99214 | OFFICE/OUTPATIENT VISIT, EST | 90-HEAD, THOMAS | 1,2,3 | 1 | $181.00 | $181.00 |
| | N | 10/04/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2,3 | 1 | | $0.00 |
| | N | 10/04/2012 | PAYMCR | MEDICARE PAYMENT | 90-HEAD, THOMAS | 1,2,3 | 1 | | $0.00 |
| | N | 10/04/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2,3 | 1 | | $0.00 |
| | N | 10/08/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2,3 | 1 | | $0.00 |
| | N | 10/11/2012 | RESP | ENCOUNTER POLICY CHANGED | 90-HEAD, THOMAS | 1,2,3 | 1 | | -$181.00 |
| SECURE PLUS COMPLETE _ AMERI | N | 10/11/2012 | RESP | ENCOUNTER POLICY CHANGED | 90-HEAD, THOMAS | 1,2,3 | 1 | | $181.00 |
| | N | 11/08/2012 | PAYTCR | TENNCARE PAYMENT | 90-HEAD, THOMAS | 1,2,3 | 1 | | -$77.97 |
| | N | 11/08/2012 | DSTCR | TENNCARE DISALLOW | 90-HEAD, THOMAS | 1,2,3 | 1 | | -$83.54 |
| | N | 11/08/2012 | RESP | 2_COINSURANCE AMOUNT | 90-HEAD, THOMAS | 1,2,3 | 1 | | -$19.49 |
| | N | 11/12/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2,3 | 1 | | $0.00 |
| GUARANTOR | N | 11/08/2012 | RESP | 2_COINSURANCE AMOUNT | 90-HEAD, THOMAS | 1,2,3 | 1 | | $19.49 |
| | | | | | | | Procedure Balance: | | $19.49 |

## Balances for Visit

| Guarantor | Insurance | Worker's Comp | Other | Collections | Total |
|---|---|---|---|---|---|
| 19.49 | 0.00 | 0.00 | 0.00 | 0.00 | 19.49 |

## Balances for Guarantor

| Guarantor | Insurance | Worker's Comp | Other | Collections | Total |
|---|---|---|---|---|---|
| $19.49 | $244.76 | $0.00 | $0.00 | $0.00 | 264.25 |

CPT only ©2000 American Medical Association. All Rights reserved.
patientvisitinvoice.rpt ver 8.0.2  Portrait                                Page 1 of 1

Printed:  12/18/2012 02:15 PM
User: UNALY

# JACKSON MADISON COUNTY HOSP

## DETAILED PATIENT VISIT INVOICE

WEST TENNESSEE NEUROSCIENCES
700 W. FOREST, SUITE 200

JACKSON, TN 38301-3904
(800)233-2108

| | | |
|---|---|---|
| Encounter #:  5367625 | Encounter Date:  10/11/2012 | |
| Billing Provider:  90 | DR. THOMAS HEAD MD | Federal Tax ID:  272980962 |
| Location: | WTN MAIN | |
| Guarantor #:  181430 | DARLENE HASLER | |
| | 3743 HWY 70 W | |
| | BROWNSVILLE, TN 38012 | |
| Patient #:  167234 | DARLENE HASLER | |
| | 3743 HWY 70 W | |
| | BROWNSVILLE, TN 38012 | |

Patient's Employer at time of Visit:

## Diagnosis Summary

| Rank | Diagnosis Code | Description |
|---|---|---|
| 1 | 345.90 | EPILEPSY UNSPECIFIED WITHOUT INTRACTABLE EPILEPSY |
| 2 | 782.0 | DISTURBANCE OF SKIN SENSATION |
| 3 | 729.5 | PAIN IN LIMB |
| 4 | 723.1 | CERVICALGIA |

## Transaction Detail

| Responsible | Rev? | Date | Code | Description | Examining Provider | Diag | Qty | Fee | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SECURE PLUS COMPLETE _ AMERI· | N | 10/11/2012 | 99213 | OFFICE/OUTPATIENT VISIT, EST | 90-HEAD, THOMAS | 1,2,3,4 | 1 | $121.00 | $121.00 |
| | N | 11/16/2012 | PAYTCR | TENNCARE PAYMENT | 90-HEAD, THOMAS | 1,2,3,4 | 1 | | -$52.60 |
| | N | 11/16/2012 | DSTCR | TENNCARE DISALLOW | 90-HEAD, THOMAS | 1,2,3,4 | 1 | | -$55.25 |
| | N | 11/16/2012 | RESP | 2_COINSURANCE AMOUNT | 90-HEAD, THOMAS | 1,2,3,4 | 1 | | -$13.15 |
| MEDICAID TN | N | 11/16/2012 | RESP | 2_COINSURANCE AMOUNT | 90-HEAD, THOMAS | 1,2,3,4 | 1 | | $13.15 |
| | N | 12/04/2012 | NOTE | NOTE_TRANSACTION | 90-HEAD, THOMAS | 1,2,3,4 | 1 | | $0.00 |
| | | | | | | | | Procedure Balance: | $13.15 |
| SECURE PLUS COMPLETE _ AMERI· | N | 10/11/2012 | 95900 | MOTOR NERVE CONDUCTION TE | 90-HEAD, THOMAS | 2,3 | 2 | $322.00 | $322.00 |
| | N | 11/16/2012 | PAYTCR | TENNCARE PAYMENT | 90-HEAD, THOMAS | 2,3 | 2 | | -$117.94 |
| | N | 11/16/2012 | DSTCR | TENNCARE DISALLOW | 90-HEAD, THOMAS | 2,3 | 2 | | -$204.06 |
| | | | | | | | | Procedure Balance: | $0.00 |
| SECURE PLUS COMPLETE _ AMERI· | N | 10/11/2012 | 95904 | SENSE NERVE CONDUCTION TES | 90-HEAD, THOMAS | 2,3· | 4 | $548.00 | $548.00 |
| | N | 11/16/2012 | PAYTCR | TENNCARE PAYMENT | 90-HEAD, THOMAS | 2,3 | 4 | | -$207.88 |
| | N | 11/16/2012 | DSTCR | TENNCARE DISALLOW | 90-HEAD, THOMAS | 2,3 | 4 | | -$340.12 |
| | | | | | | | | Procedure Balance: | $0.00 |
| SECURE PLUS COMPLETE _ AMERI· | N | 10/11/2012 | 95903 | MOTOR NERVE CONDUCTION TE | 90-HEAD, THOMAS | 2,3 · | 2 | $346.00 | $346.00 |
| | N | 11/16/2012 | PAYTCR | TENNCARE PAYMENT | 90-HEAD, THOMAS | 2,3 | 2 | | -$138.24 |
| | N | 11/16/2012 | DSTCR | TENNCARE DISALLOW | 90-HEAD, THOMAS | 2,3 | 2 | | -$207.76 |
| | | | | | | | | Procedure Balance: | $0.00 |
| SECURE PLUS COMPLETE _ AMERI· | N | 10/11/2012 | 95886 | MUSC TEST DONE W/N TEST CO | 90-HEAD, THOMAS | 2,3 | 1 | $220.00 | $220.00 |
| | N | 11/16/2012 | PAYTCR | TENNCARE PAYMENT | 90-HEAD, THOMAS | 2,3 | 1 | | -$81.24 |
| | N | 11/16/2012 | DSTCR | TENNCARE DISALLOW | 90-HEAD, THOMAS | 2,3 | 1 | | -$138.76 |
| | | | | | | | | Procedure Balance: | $0.00 |

CPT only ©2000 American Medical Association. All Rights reserved.
patientvistinvoice.rpt Ver 8.0.2  Portrait

12/18/2012   02:30 pm   From:        731-660-1127   To:        18662523316 Page:   7
12/18/2012   14:47   PHYSICIANS BILLING                        (FAX)18662523316              P.007/007

Printed:   12/18/2012 02:15 PM
User: LNALLY

# JACKSON MADISON COUNTY HOSP
## DETAILED PATIENT VISIT INVOICE
### WEST TENNESSEE NEUROSCIENCES
700 W. FOREST, SUITE 200

JACKSON, TN 38301-3904
(800)233-2108

| | | | |
|---|---|---|---|
| Encounter #: | 5405519 | Encounter Date: | 11/20/2012 |
| Billing Provider: | 90 | Federal Tax ID: | 272980962 |
| Location: | DR. THOMAS HEAD MD<br>WTN MAIN | | |
| Guarantor #: | 181430 | DARLENE HASLER<br>3743 HWY 70 W<br>BROWNSVILLE, TN 38012 | |
| Patient #: | 167234 | DARLENE HASLER<br>3743 HWY 70 W<br>BROWNSVILLE, TN 38012 | |

Patient's Employer at time of Visit:

## Diagnosis Summary

| Rank | Diagnosis Code | Description |
|---|---|---|
| 1 | 784.0 | HEADACHE |
| 2 | 345.90 | EPILEPSY UNSPECIFIED WITHOUT INTRACTABLE EPILEPSY |
| 3 | 782.0 | DISTURBANCE OF SKIN SENSATION |

## Transaction Detail

| Responsible | Rev? | Date | Code | Description | Extending Provider | Diag | Qty | Fee | Amount |
|---|---|---|---|---|---|---|---|---|---|
| SECURE PLUS COMPLETE _ AMERI | N | 11/20/2012 | 99213 | OFFICE/OUTPATIENT VISIT, EST | 90-HEAD, THOMAS | 1,2,3 | 1 | $121.00 | $121.00 |
| | | | | | | Procedure Balance: | | | $121.00 |

## Balances for Visit

| Guarantor | Insurance | Worker's Comp | Other | Collections | Total |
|---|---|---|---|---|---|
| 0.00 | 121.00 | 0.00 | 0.00 | 0.00 | 121.00 |

## Balances for Guarantor

| Guarantor | Insurance | Worker's Comp | Other | Collections | Total |
|---|---|---|---|---|---|
| $19.49 | $244.76 | $0.00 | $0.00 | $0.00 | 264.25 |

Date Printed:  12/15/2012                      JACKSON CLINIC PA                             Page 1
Time Printed:  09:14:18                          955 N NORTH PARKWAY

                                          JACKSON  TN 38305

Group#: JAX                              Tax Id#: 620888660

| Inv# | Servdate | Rp | Dept | Dr | Fac | Ref | Proc | M1 | M2 | Desc | Diag 1 | Ins/Comment | Amount | Resp Bal | Ins Bal |
|------|----------|----|------|----|-----|-----|------|----|----|------|--------|-------------|--------|----------|---------|
| Patient#: 10110008 | | | HASLER, DARLENE | | | | | | | | | | | | |
| 171 | 05/08/12 | 1 | ON | 125 | JCMN 125 | | 99213 | | | ESTABLISHED P | 162.3 | | 72.42 | .00 | .00 |
| | 05/22/12 | | | | | | 1006 | | | MEDICARE PMT | | 201203211330007 | +44.80 | | |
| | 08/24/12 | | | | | | 1009 | | | MEDICAID PMT | | 101747881 | -2.01 | | |
| 171 | 05/22/12 | | | | | | 3000 | | | MEDICARE ADJ | | | -10.26 | | |
| 171 | 08/24/12 | | | | | | 3001 | | | MEDICAID ADJ | | 101747881 | -8.45 | | |
| 172 | 05/08/12 | 1 | ON | 125 | JCMN 125 | | 8686 | | | HEPARIN SODIU | V58.11 | | 8.00 | .00 | .00 |
| | 05/22/12 | | | | | | 1006 | | | MEDICARE PMT | | 201203211330007 | -.88 | | |
| | 08/24/12 | | | | | | 1009 | | | MEDICAID PMT | | 101747881 | -.04 | | |
| 172 | 08/24/12 | | | | | | 3001 | | | MEDICAID ADJ | | 101747881 | -.13 | | |
| 172 | 05/22/12 | | | | | | 3000 | | | MEDICARE ADJ | | | -5.19 | | |
| 173 | 05/08/12 | 1 | | 125 | JCMN 125 | | 85025 | | | CBC AUTOMATED | 162.3 | | 11.35 | .00 | .00 |
| | 06/07/12 | | | | | | 1006 | | | MEDICARE PMT | | 201206041110024 | -4.56 | | |
| 173 | 06/07/12 | | | | | | 3000 | | | MEDICARE ADJ | | 201206041110024 | -6.79 | | |
| 174 | 05/08/12 | 1 | | 125 | JCMN 125 | | 84550 | | | URIC ACID BLO | 162.3 | | 6.89 | .00 | .00 |
| | 06/07/12 | | | | | | 1006 | | | MEDICARE PMT | | 201206041110024 | -2.55 | | |
| 174 | 06/07/12 | | | | | | 3000 | | | MEDICARE ADJ | | 201206041110024 | -3.94 | | |
| 175 | 05/09/12 | 1 | | 125 | JCMN 125 | | 80053 | | | COMPREHENSIVE | 162.3 | | 15.39 | .00 | .00 |
| | 06/07/12 | | | | | | 1006 | | | MEDICARE PMT | | 201206041110024 | -8.06 | | |
| 175 | 06/07/12 | | | | | | 3000 | | | MEDICARE ADJ | | 201206041110024 | -7.33 | | |
| 176 | 05/08/12 | 1 | | 125 | JCMN 125 | | 83615 | | | LACTIC DEHYDR | 162.3 | | 6.01 | .00 | .00 |
| | 06/07/12 | | | | | | 1006 | | | MEDICARE PMT | | 201206041110024 | -3.54 | | |
| 176 | 06/07/12 | | | | | | 3000 | | | MEDICARE ADJ | | 201206041110024 | -5.27 | | |
| 177 | 05/16/12 | 1 | 63 | 261 | JCMB 261 | | 90642 | | | NO CHARGE FOL | 162.9 | | .00 | .00 | .00 |
| 178 | 05/16/12 | 1 | 66 | 261 | JCMB 261 | | 95900 | | | PERVL TUNNELS | 162.9 | | 270.06 | .00 | .00 |
| | 06/07/12 | | | | | | 1006 | | | MEDICARE PMT | | 201206041110026 | -181.91 | | |
| | 06/07/12 | | | | | | 1009 | | | MEDICAID PMT | | 101814916 | -15.37 | | |
| | 11/02/12 | | | | | | 1009 | | | MEDICAID PMT | | | .00 | | |
| | 10/11/12 | | | | | | | | | | | | | | |
| 178 | 06/07/12 | | | | | | 3000 | | | MEDICARE ADJ | | 201206041110026 | +48.67 | | |
| 178 | 11/02/12 | | | | | | 3001 | | | MEDICAID ADJ | | 101814916 | -24.11 | | |

    4) AA NONE

                              --> Resp Charges :    .00    Pays :    .00    Adjs :    .00    Bal Due :    .00
                                --> Ins Charges :  393.92  Pays : -257.49  Adjs : -136.33  Bal Due :    .00
                                --> Charges :  393.92  Pays : -257.49  Adjs : -136.33  Bal Due :    .00

    3) Patient Name 10110008 HASLER, DARLENE
                                --> Resp Charges :    .00    Pays :    .00    Adjs :    .00    Bal Due :    .00
                                --> Ins Charges :  393.92  Pays : -257.49  Adjs : -136.33  Bal Due :    .00
                                --> Charges :  393.92  Pays : -257.49  Adjs : -136.33  Bal Due :    .00

    2) Resp Name 10110008 HASLER, DARLENE
                                --> Resp Charges :    .00    Pays :    .00    Adjs :    .00    Bal Due :    .00
                                --> Ins Charges :  393.92  Pays : -257.49  Adjs : -136.33  Bal Due :    .00
                                --> Charges :  393.92  Pays : -257.49  Adjs : -136.33  Bal Due :    .00

101 RIVERFRONT BOULEVARD, SUITE 100
BRADENTON, FLORIDA 34205
PHONE(941)798-2098 □ FAX(941)798-3403
WWW.GOULDANDLAMB.COM

### FACSIMILE TRANSMITTAL SHEET

## Gould & Lamb

Ecker

12/14/2012

~~Michael Schaeffer~~
Gallagher Bassett - Harrisburg CV, PA - 179
4 Flowers Drive
Mechaniosburg, PA 17050

RE: Darlene Hasler

Claim #: 000709-039731-GB-01

Gould & Lamb (G&L) has been informed by The Medicare Secondary Payer Recovery Contractor (MSPRC) that Darlene Hasler has **$0.00** in conditional payments related to this claim. This conditional payment amount is not final and is subject to change until a settlement is reached

At the time of settlement, if you would like G&L to proceed with a Final Demand Request Service of the conditional payment amount, please provide the following:

- The signed and dated executed settlement/resolution agreement showing the total amount of the settlement and closing statement reflecting the actual amount of the attorney's fees and procurement costs
- MSPRC Final Demand Worksheet (enclosed)

The attached report is password protected in order to comply with HIPAA. To open it, use the last 4 digits of the Claimant's Social Security Number or your designated password

Should you have questions/concerns, please contact me at the numbers/email address listed below

Regards,

Monika Mann
Gould & Lamb, LLC
101 Riverfront Boulevard, Suite 100
Bradenton, FL 34205
P 941 798 2098 x 1490
F 941 798 3403
mmann@gouldandlamb.com



From:    7176970625    Page: 2/5    Date: 12/14/201   17:24 AM



**MSPRC**    Learn about your letter at *www.msprc.info*

November 23, 2012



188-1 AB 0.374
***AUTO**ALL FOR AADC 335 R;188 T;5 P;6 PC;2 F;135301
GOULD & LAMB
101 RIVERFRONT BLVD STE 101
BRADENTON, FL 34205-8802

**✳COPY✳**

For Information Only

ⁱₗₚₘₗₖⁱᵈⁱₚⁱⁱⁱₚⁱⁱₗₕₘₗₚⁱₖₚₑₙⁱₗₚⁱⁱⁱₗₕⁱⁱⁱₗₕₗⁱⁱ



November 23, 2012

188 1 AB 0.374
***AUTO**ALL FOR AADC 335 R;188 T;5 P;6 PC;2 F;135301
DARLENE HASLER
3743 US HIGHWAY 70 W
BROWNSVILLE, TN 38012-6955

Beneficiary Name:    HASLER, DARLENE
Medicare Number:    336609770A
Case Identification Number:    20121 88090 01024
Date of Incident:    December 21, 2011

Dear DARLENE HASLER:

This letter follows a previous letter notifying you of Medicare's priority right to recovery as defined under the Medicare Secondary Payer provision. To date, Medicare has not paid any claims that currently appear related to the beneficiary's pending settlement, judgment, or award for the above-referenced incident.

It is possible that Medicare may have paid claims related to the date of incident but may not have

MSPRC LIABILITY
PO BOX 138832
OKLAHOMA CITY, OK 73113

SGLB08NGHP
Page 1 of 3



**MSPRC**

 Learn about your letter at *www.msprc.info*



been retrieved and/or included for the following reasons: the nature of the injury or illness has not been provided or is incomplete, or all claims have not been submitted by the providers. However, Medicare may pay related claims in the future. Therefore, when the case does settle, please complete the attached, "Final Settlement Detail Document" and return it to us. Upon receipt of the completed documents, we will perform a final search of Medicare claims history and notify you if a refund is due Medicare.

*Please note: If the underlying claim involves ingestion, exposure, implantation, or other non-trauma based injury, Medicare may have excluded the paid claims related to your case. Please contact the MSPRC immediately with a description of the injury so that we may associate the appropriate claims with the case.*

Should conditional payment information become available, it will be posted under the "MyMSP" tab of the www.mymedicare.gov website. The information at www.mymedicare.gov will be updated weekly with any changes or newly processed claims. If you wish, you may track the medical expenses that were paid by Medicare, and if you have an attorney or other representative, provide him/her with this information. This may help you/ your attorney with finalizing your settlement.

If you have any questions concerning this matter, please call the Medicare Secondary Payer Recovery Contractor (MSPRC) at 1-866-677-7220 (TTY/TDD: 1-866-677-7294 for the hearing and speech impaired) or you may contact us in writing at the address below. When sending any correspondence please provide the Beneficiary Name, Medicare Health Insurance Claim Number (the number on the Medicare card), and Case Identification Number (if known). This will allow us to associate the correspondence to the appropriate records.

Sincerely,


MSPRC
Enclosure: Final Settlement Detail Document


CC: GOULD & LAMB
CC: JAMES S HEYWOOD


MSPRC LIABILITY
PO BOX 138832
OKLAHOMA CITY, OK 73113

SGLB08NGHP
Page 2 of 3

 **MSPRC**

 Learn about your letter at *www.msprc.info*

 **CMS/**
Centers for Medicare & Medicaid Services

## Final Settlement Detail Document

Beneficiary Name: HASLER, DARLENE
Medicare Number: 336609770A
Date of Incident:    December 21, 2011

When a beneficiary receives a settlement, judgment, award, or other payment, Medicare is entitled to recover associated payments made by the Medicare program. If certain conditions are met, Medicare reduces its conditional payment to take into account a proportionate share of the costs incurred in resolving the beneficiary's claim. See 42 C.F.R. 411.37. In general, the recovery demand must be against the individual or entity that received payment, the costs must have been incurred because the matter was disputed, and the costs must be paid by the individual or entity against whom/which Medicare seeks recovery. There is no proportionate reduction if payment is not in dispute - for example a payment for no-fault insurance.

In order for Medicare to properly calculate the net refund it is due, please supply the information outlined below. This information will also be used to update the beneficiary's records to show resolution of this matter. If you have a representative, this information should be submitted by your representative on his/her letterhead.

**Total Amount of the Settlement:** _____
**Total Amount of Med-Pay or PIP:** _____
**Attorney Fee Amount Paid by the Beneficiary:** _____
**Additional Procurement Expenses Paid by the Beneficiary:** _____
   (Please submit an itemized listing of these expenses)
**Date the Case Was Settled:**  ___/___/___
**Description of Injuries:** _____

This information should be submitted <u>along with a copy of this notice</u> to:

      MSPRC LIABILITY
      PO BOX 138832
      OKLAHOMA CITY, OK 73113

If you have any questions concerning this matter, please call the Medicare Secondary Payer Recovery Contractor (MSPRC) at 1-866-677-7220(TTY/TDD: 1-866-677-7294 for the hearing and speech impaired) or you may contact us in writing at the address above. If you contact us in writing, please be sure to include the beneficiary's name and his/her Medicare health insurance claim number.

MSPRC LIABILITY
PO BOX 138832
OKLAHOMA CITY, OK 73113

From:         7176970625      Page: 5/5    Date: 12/14/201   17:25 AM

   

 Learn about your letter at *www.msprc.info*

---

## Final Settlement Detail Document

Beneficiary Name:
Medicare Number:
Date of Incident:

When a beneficiary receives a settlement, judgment, award, or other payment, Medicare is entitled to recover associated payments made by the Medicare program. If certain conditions are met, Medicare reduces its conditional payment to take into account a proportionate share of the costs incurred in resolving the beneficiary's claim. **See 42 C.F.R. 411.37.** In general, the recovery demand must be against the individual or entity that received payment, the costs must have been incurred because the matter was disputed, and the costs must be paid by the individual or entity against whom/which Medicare seeks recovery. There is no proportionate reduction if payment is not in dispute – for example a payment for no-fault insurance.

In order for Medicare to properly calculate the net refund it is due, please supply the information outlined below. This information will also be used to update the beneficiary's records to show resolution of this matter. If you have a representative, this information should be submitted by your representative on his/her letterhead.

**Total Amount of the Settlement:**                                    _____
**Total Amount of Med-Pay or PIP:**                                   _____
**Attorney Fee Amount Paid by the Beneficiary:**                      _____
**Additional Procurement Expenses Paid by the Beneficiary:**         _____
    (Please submit an itemized listing of these expenses)
**Date the Case Was Settled:**                                        _____/_____/_____

This information should be submitted <u>**along with a copy of this notice**</u> to:

Medicare Secondary Payer Recovery Contractor
MSPRC-NGHP
Post Office Box 138832
Oklahoma City, OK  73113

If you have any questions concerning this matter, please call the Medicare Secondary Payer Recovery Contractor (MSPRC) at 1-866-677-7220 (TTY/TDD: 1-866-677-7294 for the hearing and speech impaired) or you may contact us in writing at the address above. If you contact us in writing, please be sure to include the beneficiary's name and his/her Medicare health insurance claim number.

**Tarpley, John R.**

| | |
|---|---|
| From: | RISX-FACS@gbtpa.com |
| Sent: | Monday, January 07, 2013 10:20 AM |
| To: | Tarpley, John R. |
| Subject: | GB Claim #000709-039731-GB-01 |

Attachments:     EX201212184974D357D4324682BACA112181D1CD2A.PDF



EX20121218497
557D4324682BAC

　　　　　　　John:

The plaintiff is Medicare eligible.  Attached, please find the letter from MSPRC advising
their payout was $0.

Steve

　　　　　Created via www.risxfacs.com(ClaimFileImageEmail.asp)

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

1



101 RIVERFRONT BOULEVARD, SUITE 100

BRADENTON, FLORIDA 34205

PHONE(941)798-2098 FAX(941)798-3403

WWW.GOULDANDLAMB.COM

FACSIMILE TRANSMITTAL SHEET

Gould & Lamb

12/14/2012                     Ecker

~~Michael Schaeffer~~
Gallagher Bassett - Harrisburg CV, PA - 179
4 Flowers Drive
Mechanicsburg, PA 17050

RE: Darlene Hasler

Claim #: 000709-039731-GB-01

Gould & Lamb (G&L) has been informed by The Medicare Secondary Payer Recovery Contractor (MSPRC) that Darlene Hasler has **$0.00** in conditional payments related to this claim  This conditional payment amount is not final and is subject to change until a settlement is reached

At the time of settlement, if you would like G&L to proceed with a Final Demand Request Service of the conditional payment amount, please provide the following:

- The signed and dated executed settlement/resolution agreement showing the total amount of the settlement and closing statement reflecting the actual amount of the attorney's fees and procurement costs
- MSPRC Final Demand Worksheet (enclosed)

The attached report is password protected in order to comply with HIPAA  To open it, use the last 4 digits of the Claimant's Social Security Number or your designated password

Should you have questions/concerns, please contact me at the numbers/email address listed below

Regards,

Monika Mann
Gould & Lamb, LLC
101 Riverfront Boulevard, Suite 100
Bradenton, FL 34205
P 941 798 2098 x 1490
F 941 798 3403
mmann@gouldandlamb.com

12/14/2012 FRI 07:59 [TX/RX NO 6127] ☒001

  **MSPRC**   Learn about your letter at *www.msprc.info*   

November 23, 2012

188 1 AB 0.374
***AUTO**ALL FOR AADC 335 R:188 T;5 P:6 PC:2 F:135301
GOULD & LAMB
101 RIVERFRONT BLVD STE 101
BRADENTON, FL 34205-8802

**\*COPY\***

For Information Only

November 23, 2012

188 1 AB 0.374
***AUTO**ALL FOR AADC 335 R:188 T;5 P:6 PC:2 F:135301
DARLENE HASLER
3743 US HIGHWAY 70 W
BROWNSVILLE, TN 38012-6955

Beneficiary Name:        HASLER, DARLENE
Medicare Number:        336609770A
Case Identification Number:    20121 88090 01024
Date of Incident:        December 21, 2011

Dear DARLENE HASLER:

This letter follows a previous letter notifying you of Medicare's priority right to recovery as defined under the Medicare Secondary Payer provision. To date, Medicare has not paid any claims that currently appear related to the beneficiary's pending settlement, judgment, or award for the above-referenced incident.

It is possible that Medicare may have paid claims related to the date of incident but may not have





been retrieved and/or included for the following reasons: the nature of the injury or illness has not been provided or is incomplete, or all claims have not been submitted by the providers. However, Medicare may pay related claims in the future. Therefore, when the case does settle, please complete the attached, "Final Settlement Detail Document" and return it to us. Upon receipt of the completed documents, we will perform a final search of Medicare claims history and notify you if a refund is due Medicare.

*Please note: If the underlying claim involves ingestion, exposure, implantation, or other non-trauma based injury, Medicare may have excluded the paid claims related to your case. Please contact the MSPRC immediately with a description of the injury so that we may associate the appropriate claims with the case.*

Should conditional payment information become available, it will be posted under the "MyMSP" tab of the www.mymedicare.gov website. The information at www.mymedicare.gov will be updated weekly with any changes or newly processed claims. If you wish, you may track the medical expenses that were paid by Medicare, and if you have an attorney or other representative, provide him/her with this information. This may help you/ your attorney with finalizing your settlement.

If you have any questions concerning this matter, please call the Medicare Secondary Payer Recovery Contractor (MSPRC) at 1-866-677-7220 (TTY/TDD: 1-866-677-7294 for the hearing and speech impaired) or you may contact us in writing at the address below. When sending any correspondence please provide the Beneficiary Name, Medicare Health Insurance Claim Number (the number on the Medicare card), and Case Identification Number (if known). This will allow us to associate the correspondence to the appropriate records.

Sincerely,

MSPRC
Enclosure: Final Settlement Detail Document

CC: GOULD & LAMB
CC: JAMES S HEYWOOD

MSPRC LIABILITY
PO BOX 138832
OKLAHOMA CITY, OK 73113

12/14/2012 FRI 07:59 [TX/RX NO 6127] @003

      

## Final Settlement Detail Document

Beneficiary Name: HASLER, DARLENE
Medicare Number: 336609770A
Date of Incident:    December 21, 2011

When a beneficiary receives a settlement, judgment, award, or other payment, Medicare is entitled to recover associated payments made by the Medicare program. If certain conditions are met, Medicare reduces its conditional payment to take into account a proportionate share of the costs incurred in resolving the beneficiary's claim. See 42 C.F.R. 411.37. In general, the recovery demand must be against the individual or entity that received payment, the costs must have been incurred because the matter was disputed, and the costs must be paid by the individual or entity against whom/which Medicare seeks recovery. There is no proportionate reduction if payment is not in dispute - for example a payment for no-fault insurance.

In order for Medicare to properly calculate the net refund it is due, please supply the information outlined below. This information will also be used to update the beneficiary's records to show resolution of this matter. If you have a representative, this information should be submitted by your representative on his/her letterhead.

| | |
|---|---|
| **Total Amount of the Settlement:** | _____ |
| **Total Amount of Med-Pay or PIP:** | _____ |
| **Attorney Fee Amount Paid by the Beneficiary:** | _____ |
| **Additional Procurement Expenses Paid by the Beneficiary:** | _____ |
| (Please submit an itemized listing of these expenses) | |
| **Date the Case Was Settled:** | ____/____/____ |
| **Description of Injuries:** | _____ |

This information should be submitted <u>along with a copy of this notice</u> to:

> MSPRC LIABILITY
> PO BOX 138832
> OKLAHOMA CITY, OK 73113

If you have any questions concerning this matter, please call the Medicare Secondary Payer Recovery Contractor (MSPRC) at 1-866-677-7220(TTY/TDD: 1-866-677-7294 for the hearing and speech impaired) or you may contact us in writing at the address above. If you contact us in writing, please be sure to include the beneficiary's name and his/her Medicare health insurance claim number.

12/14/2012 FRI 07:59 [TX/RX NO 6127] @004

 

**MSPRC**

CENTERS for MEDICARE & MEDICAID SERVICES

 Learn about your letter at *www.msprc.info*

# Final Settlement Detail Document

Beneficiary Name:
Medicare Number:
Date of Incident:

When a beneficiary receives a settlement, judgment, award, or other payment, Medicare is entitled to recover associated payments made by the Medicare program. If certain conditions are met, Medicare reduces its conditional payment to take into account a proportionate share of the costs incurred in resolving the beneficiary's claim. See 42 C.F.R. 411.37. In general, the recovery demand must be against the individual or entity that received payment, the costs must have been incurred because the matter was disputed, and the costs must be paid by the individual or entity against whom/which Medicare seeks recovery. There is no proportionate reduction if payment is not in dispute – for example a payment for no-fault insurance.

In order for Medicare to properly calculate the net refund it is due, please supply the information outlined below. This information will also be used to update the beneficiary's records to show resolution of this matter. If you have a representative, this information should be submitted by your representative on his/her letterhead.

**Total Amount of the Settlement:** _____
**Total Amount of Med-Pay or PIP:** _____
**Attorney Fee Amount Paid by the Beneficiary:** _____
**Additional Procurement Expenses Paid by the Beneficiary:** _____
   (Please submit an itemized listing of these expenses)
**Date the Case Was Settled:** _____/_____/_____

This information should be submitted <u>along with a copy of this notice</u> to:

Medicare Secondary Payer Recovery Contractor
MSPRC-NGHP
Post Office Box 138832
Oklahoma City, OK  73113

If you have any questions concerning this matter, please call the Medicare Secondary Payer Recovery Contractor (MSPRC) at 1-866-677-7220 (TTY/TDD: 1-866-677-7294 for the hearing and speech impaired) or you may contact us in writing at the address above. If you contact us in writing, please be sure to include the beneficiary's name and his/her Medicare health insurance claim number.