UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DARLENE HASLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No.: 1:13-CV-1039 JDB |
| KMART CORPORATION and | ) |
| AMERICAN GREETINGS | ) JURY DEMAND |
| CORPORATION, | ) |
| | ) |
| Defendants. | |

## ORDER OF COMPROMISE AND DISMISSAL

It appearing to the Court that as evidenced by the signatures of the respective counsel for the parties appearing below, that the plaintiff, Darlene Hasler, and defendants, Kmart Corporation and American Greetings Corporation, have agreed to compromise and settle all matters in controversy in this case and that defendants, Kmart Corporation and American Greetings Corporation, are intended to be discharged from any further liability to the plaintiff, including all subrogation interests, all medical liens, hospital liens, doctor's liens, workers' compensation liens, disability liens, or any other lien of any kind as well as other bills or costs, it is accordingly,

**ORDERED** that defendants, Kmart Corporation and American Greetings Corporation, be dismissed from this case with prejudice and from any and all other responsibilities connected with this matter and that this cause be and the same is hereby dismissed with prejudice to the refiling of same as to defendants. The filing and service fees associated with the state court action are taxed to the defendants for which execution may issue if necessary.

Further, plaintiff's counsel, by his signature hereto, hereby advises and represents to the court that any Medicare, TennCare, Workers Compensation, attorney liens, hospital liens, or other subrogation liens or interests, have been or will be satisfied from the settlement proceeds, including any subrogation interests of the State of Tennessee or any entity acting pursuant to T.C.A. § 71-5-117(f).

**s/ J. Daniel Breen**
UNITED STATES DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

LEWIS, KING, KRIEG & WALDROP, P.C.

By: /s/ John R. Tarpley
    John R. Tarpley, BPR No. 9661
    424 Church Street, Suite 2500
    Post Office Box 198615
    Nashville, TN 37219
    (615) 259-1366

    Attorneys for Defendants Kmart Corporation and
    American Greetings Corporation

By: /s/ James S. Haywood, Jr. (by permission /s/ John R. Tarpley)
    James S. Haywood, Jr., BPR No. 9482
    PO Box 438
    50 Boyd Avenue
    Brownsville, TN 38012
    (731) 772-9127

    Attorneys for Plaintiff Darlene Hasler

**CERTIFICATE OF SERVICE**

       I hereby certify that on this the 21st day of May, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    James S. Haywood, Jr., Esq.
    PO Box 438
    50 Boye Avenue
    Brownsville, TN  38012

                                                 /s/  John R. Tarpley