# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division


## JUDGMENT IN A CIVIL CASE



**DARLENE HASLER,**

Plaintiff,

CASE NUMBER: 1:13-cv-1039-JDB-egb


v.


**KMART CORPORATION and
AMERICAN GREETINGS
CORPORATION,**


Defendants,


**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that in accordance with the Order of Compromise and Dismissal entered in the above-styled matter on 5/23/2013, this case is hereby dismissed with prejudice.  The filing and service fees associated with the state court action are taxed to the defendants for which execution may issue if necessary.

**APPROVED:**

s/J. Daniel Breen
United States District Judge


**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**